UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Wayne S. Ainsworth

    v.                                     No. 06-fp-462

U.S. Social Security Administration, Commissioner


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-462-SM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date: December 13, 2006

cc:    Francis M. Jackson, Esq.